STATE OF NORTH CAROLINA v. KENNETH D. ST. JOHN

No. 7519SC7

(Filed 2 April 1975)

APPEAL by defendant from *Long, Judge.* Judgment entered 10 October 1974 in Superior Court, CABARRUS County. Heard in the Court of Appeals 17 March 1975.

*Attorney General Edmisten, by Associate Attorney Daniel C. Oakley, for the State.*

*Clarence E. Horton, Jr., for the defendant.*

BROCK, Chief Judge, PARKER and ARNOLD, Judges.

No error.